IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA       )
                               )       CRIMINAL ACTION NO.
        v.                     )        2:18cr409-MHT
                               )            (WO)
CEDRIC WRIGHT                  )

ORDER

It is ORDERED that the Magistrate Judge's recommendation (doc. no. 67) is set for oral argument on June 7, 2019, at 8:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The parties should be prepared to address whether *Leon*'s good-faith exception is inapplicable to defendant Cedric Wright's case because the warrant to search the vehicles was issued based on evidence obtained from an illegal search. *See United States v. McGough*, 412 F.3d 1232, 1239-40 (11th Cir. 2005); *see also United States v. Lopez*, 2012 WL 1560648, at *7 (S.D. Fla. May 2, 2012) (Lenard, J.) (applying *McGough*); *United States v. Loera*, 923 F.3d 907, 925-27 (10th Cir. 2019) (discussing *McGough* and the circuit split on this

issue).  Counsel should have read in full the cases cited in this order and any other relevant cases.

DONE, this the 5th day of June, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE